# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ANTHONY JOSEPH MARINO, et al.,

    Defendants.

Case No. 2:17-cv-02017-APG-CWH

**ORDER**

Presently before the Court is Plaintiff's motion to compel (ECF No. 13), filed on February 6, 2018. No party has filed a response.

Plaintiff moves for an order for Defendant to file initial disclosures as required by Fed. R. Civ. P. 37 and Local Rule 26-7. In the scheduling order (ECF No. 10) previously entered in this case, the parties agreed to provide their initial disclosures no later than October 31, 2017. Plaintiff represents that Defendants Anthony Joseph Marino, George Frank Polera, and United Business Alliance, LLC have all failed to file their initial disclosures. Plaintiff also represents that Defendants have failed to respond to its other discovery requests as well.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." The Court will therefore grant Plaintiff's motion.

//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 13), filed on February 6, 2018 is GRANTED.

IT IS FURTHER ORDERED that Defendants must serve their initial disclosures on Plaintiff no later than April 6, 2018.

IT IS FURTHER ORDERED that Plaintiff file a status report with the Court as to the Defendant's compliance with this order, no later than April 13, 2018.

DATED: March 16, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge