# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY JOSEPH MARINO, GEORGE FRANK POLERA, and UNITED BUSINESS ALLIANCE, LLC,<br><br>Defendants | Case No.: 2:17-cv-02017-APG-CWH<br><br>**Order Accepting Report and Recommendation and Directing Entry of Default**<br><br>[ECF No. 24] |

On August 20, 2018, Magistrate Judge Hoffman recommended that default judgment be entered against the defendants because they have not participated in discovery and have not complied with multiple court orders in this case. ECF No. 24. The defendants did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's report and recommendation **(ECF No. 38) is accepted in part**. The defendants' answer **(ECF No. 6) is STRICKEN** and the clerk of court is directed to **enter default** against defendants Anthony

/ / /

/ / /

Marino, George Polera, and United Business Alliance, LLC.  Plaintiff Securities and Exchange Commission may file a motion for default judgment with a proposed form of judgment.

DATED this 6th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE